IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL WHITNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,** | ) |
| Office of General Counsel | ) |
| 8601 Adelphi Road | ) |
| College Park, MD 20740-6001 | ) |
| | ) |
| **CENTRAL INTELLIGENCE AGENCY,** | ) |
| Litigation Division, | ) |
| Office of General Counsel, | ) |
| Central Intelligence Agency, | ) |
| Washington, D.C. 20505 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff, JOEL WHITNEY, brings this Freedom of Information Act suit to force Defendants NATIONAL ARCHIVES AND RECORDS ADMINISTRATION and CENTRAL INTELLIGENCE AGENCY to comply with Plaintiff's FOIA requests regarding the Italian publisher Giangiacomo Feltrinelli. In addition to his political activism centered around socialist and labor movements, Feltrinelli translated and published Boris Pasternak's novel *Doctor Zhivago* after the manuscript was smuggled out of the Soviet Union in the late 1950s. He died in March 1972, apparently killed by an explosive device. In violation of the Freedom of Information Act, Defendants have failed to issue a determination and have failed to produce the requested records.

## PARTIES

2. Plaintiff JOEL WHITNEY is a journalist and a published author. His writings have been published in *The New York Times*, *The Daily Beast*, *The Wall Street Journal*, *Newsweek*, *NPR*, and more. WHITNEY made the FOIA request at issue in this case.

3. Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JANUARY 19, 2023 FOIA REQUEST TO NARA

7. On January 19, 2023, WHITNEY submitted a FOIA request to NARA for records referencing Italian publisher Giangiacomo Feltrinelli, maintained under the file number 105-HQ-75699. A true and correct copy of the FOIA Request is attached as Exhibit 1.

8. On January 20, 2023, NARA stated that it is forwarding WHITNEY's FOIA request to the Office of Research Services, Special Access and FOIA. A true and correct copy of NARA's email is attached as Exhibit 2.

9. On January 20, 2023, NARA, specifically the Office of Research Services, Special Access and FOIA, acknowledged receipt of the FOIA request. A true and correct copy of the email is attached as Exhibit 3.

10. On January 23, 2023, NARA assigned reference number RD 68683 to the request. A true and correct copy of the email is attached as Exhibit 4.

11. On January 31, 2023, NARA stated that it identified about 200 pages of records responsive to the request. A true and correct copy of the email is attached as Exhibit 5.

12. NARA also claimed that the request was assigned to its "first-tier processing queue," but estimated that it will take "39 months to complete processing" due to its existing backlog. *Id.*

13. As of the date of this filing, NARA has not issued a determination for the FOIA request.

14. As of the date of this filing, NARA has not complied with FOIA and has released no records responsive to the request.

## DECEMBER 15, 2022 FOIA REQUEST TO CIA

15. On December 15, 2022, WHITNEY submitted a FOIA request on CIA's online portal for records referencing Italian publisher Giangiacomo Feltrinelli.

16. On January 10, 2023, CIA acknowledged receipt of the request and assigned reference number F-2023-00453 to the request. A true and correct copy of CIA's acknowledgement letters is attached as Exhibit 6.

17. As of June 28, 2023, the FOIA request is "in process" according to the status checker available on CIA's FOIA Electronic Reading Room.

18. As of the date of this filing, CIA has not issued a determination for the FOIA request.

19. As of the date of this filing, CIA has not complied with FOIA and has released no records responsive to the request.

### COUNT I – JANUARY 19, 2023 FOIA REQUEST TO NARA
### NARA'S FOIA VIOLATION

20. The above paragraphs are incorporated by reference.

21. WHITNEY's FOIA request seeks the disclosure of agency records and was properly made.

22. NARA is a federal agency subject to FOIA.

23. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

24. Defendant NARA has failed to issue a complete determination within the statutory deadline.

25. Defendant NARA has failed to produce all non-exempt records responsive to the request.

### COUNT II – DECEMBER 15, 2023 FOIA REQUEST TO CIA,
### CIA'S FOIA VIOLATION

26. The above paragraphs are incorporated by reference.

27. WHITNEY's FOIA request seeks the disclosure of agency records and was properly made.

28. CIA is a federal agency subject to FOIA.

29. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

30. Defendant CIA has failed to issue a complete determination within the statutory deadline.

31. Defendant CIA has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, WHITNEY asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records responsive to the request;

iii. order Defendants to issue a complete determination for all requests at issue in this case;

iv. order Defendants to produce all non-exempt records responsive to the requests or portions of records promptly;

v. enjoin Defendants from withholding non-exempt public records under FOIA;

vi. award Plaintiff attorneys' fees and costs; and

vii. award any other relief the Court considers appropriate.

Dated: June 29, 2023

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff,
JOEL WHITNEY

Matthew Topic, D.C. Bar No. IL 0037
Stephen Stich Match, D.C. Bar No. MA 0044
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com