UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL WHITNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>    Defendants. | Civil Action No. 23-1894 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's October 17, 2023, Minute Order, the Parties conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

### Central Intelligence Agency

1. Plaintiff submitted a FOIA request to the Central Intelligence Agency ("CIA") by letter dated December 15, 2022, seeking files related to Giangiacomo Feltrinelli, 1926-1972, publisher and editor. CIA acknowledged receipt of Plaintiff's FOIA request on January 10, 2023.

2. CIA reports that it completed its search for potentially responsive records and continues to review and process the results. CIA further reports that since the last joint status report it produced records responsive to Plaintiff's FOIA request on September 19, 2024. The CIA anticipates making its next production on November 19, 2024, and every 60 days thereafter.

### National Archives And Record Administration

5. Plaintiff submitted a FOIA request to the National Archives and Records Administration ("NARA") on January 19, 2023, seeking records pertaining to Italian publisher

1

Giangiacomo Feltrinelli, maintained under Federal Bureau of Investigation ("FBI") file number 105-HQ-75699.

6.  Prior to NARA's last Joint Status Report, NARA completed a search for documents potentially responsive to Plaintiff's FOIA request, coordinated with the equity-holding agencies so that those agencies could conduct a declassification review, and finished processing the responsive documents. NARA reviewed seventy pages of responsive records and on March 4, 2024, NARA released 54 pages in full, released 12 pages in part, and withheld 4 pages in full. NARA provided the non-exempt responsive records to Plaintiff's Counsel on April 16, 2024. NARA has now completed processing Plaintiff's FOIA request.

7.  NARA has no further updates as NARA continues to await payment from Plaintiff.

8.  NARA maintains that it is entitled to payment for reproduction of the responsive records. NARA's archival records are subject to "fees chargeable under a statute specifically providing for setting the level of fees for particular types of records" as allowed for under 5 U.S.C. § 552(a)(4)(A)(vi), *see* 44 U.S.C. 2116(c); 36 CFR 1250.51(a), and are exempt from the FOIA fee waiver provisions.

9.  The parties jointly propose that the parties be ordered to file a further Joint Status Report on or before January 13, 2025, and every ninety days thereafter until Defendants' production of documents are complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

\*   \*   \*

| Dated: October 15, 2024 | Respectfully submitted, |
|---|---|
| */s/ Merrick Wayne*<br>Matthew Topic, D.C. Bar No. IL0037<br>Merrick Wayne, D.C. Bar No. IL0058<br>Stephen Stich Match, D.C. Bar No. MA0044<br>LOEVY & LOEVY<br>311 N. Aberdeen Street<br>Third Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>Fax: (312) 243-5902<br>Email: foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:      */s/ Kimberly A. Stratton*<br>     KIMBERLY A. STRATTON<br>     P.A. Bar #327725<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 417-4216<br>     kimberly.stratton@usdoj.gov<br><br>*Attorneys for the United States of America* |